# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JANE INSINGA,** | : | **CIVIL ACTION NO. 1:04-CV-1002** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **JO ANNE B. BARNHART,** | : | |
| **Commissioner of Social Security,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 10th day of August, 2005, upon consideration of the report of the magistrate judge (Doc. 9), to which no objections were filed, recommending that plaintiff's appeal from the decision of the Commissioner of Social Security (Doc. 1) be denied, and following an independent review of the record, it is hereby ORDERED that:

1. The report of the magistrate judge (Doc. 9) is ADOPTED.

2. Plaintiff's appeal from the decision of the Commissioner of Social Security (Doc. 1) is DENIED.

3. The Clerk of Court is directed to CLOSE this case.

    S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge